UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
PATRICIO R. MAMOT, *pro se*,

                Plaintiff,

  -against-

THE BOARD OF REGENTS, THE NEW YORK
STATE EDUCATION DEPARTMENT, and the
UNIVERSITY OF THE STATE OF NEW YORK,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
08-CV- 1451 (DLI)

FILED
IN CLERK'S OFFICE
JUN 19
P.M.

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 12, 2008, dismissing the complaint for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       June 17, 2008

S/RCH
_____
ROBERT C. HEINEMANN
Clerk of Court